IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      **Plaintiff,**<br><br>v.<br><br>**KEVIN LYNN GREER**,<br><br>      **Defendant.** | Case No. 21-CR-527-JFH |

## OPINION AND ORDER

Before the Court is a motion to dismiss counts four and five of the superseding indictment [Dkt. No. 45] without prejudice filed by the United States of America ("Government"). Dkt. No. 100.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). Based on the facts set out in the motion, the Court concludes that dismissal of counts four and five of the superseding indictment is not contrary to the public interest, nor is it for an improper purpose. Accordingly, the Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's motion to dismiss [Dkt. No. 100] is GRANTED and counts four and five of the superseding indictment [Dkt. No. 45] against Defendant Kevin Lynn Greer are dismissed without prejudice.

Dated this 8th day of November 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE